Andrew Ozogar, Respondent, v. Pierce, Butler & Pierce Manufacturing Company, Appellant.— Order affirmed, with costs. All concurred.

Russell L. Kinsey, Respondent, v. John F. Meaney and Charles A. Gladwin, Impleaded with George S. Donaldson, Appellant.— Judgment affirmed, with costs. All concurred.

C. H. Rugg Company, Appellant, v. William L. Ormrod, Respondent.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs in this court and the court below. All concurred, except Kruse, J., who dissented.

Harry Lewin, Respondent, v. Michael Meyerowitz, Appellant.— Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to plaintiff to plead over upon payment of the costs of the demurrer and of this appeal. Held, that the letter which constitutes the alleged libel is not libelous per se. All concurred.

Hutson B. Coleman, as Administrator with the Will Annexed of the Estate of Louisa B. Blenkiron, Deceased, Plaintiff, v. William S. Gould, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

The People of the State of New York ex rel. Horace A. Redden, Relator, v. James N. Adam and Others, Composing the Board of Police of the City of Buffalo, Respondents.— Writ of certiorari dismissed, with fifty dollars costs and disbursements. All concurred.

The People of the State of New York, Appellant, v. Varnum D. Ludington, Respondent.— Judgment affirmed. All concurred.

Anna M. O'Connor, Respondent, v. The Red Star Trading Stamp Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frank Manhard, Respondent, v. V. Mott Pierce, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring and Williams, JJ., who voted for a reduction of the verdict to the sum of $500.

Phebe E. Philp, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant, Impleaded with International Railway Company.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who voted for reversal on the ground that the verdict of the jury on the questions of negligence and the amount of damages is against the weight of the evidence.

Platt B. Viele, Respondent, v. Hector McLean and Mary M. McLean, His Wife, Appellants.— Interlocutory judgment affirmed, with costs. All concurred.

Kathleen Reynolds, as Administratrix, etc., of Rufus Reynolds, Deceased, Appellant, v. The Erie Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Paul E. Bushnell, an Infant, by Edward J. Bushnell, His Guardian ad Litem, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John J. Smith, Respondent, v. Brown Brothers Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams and Robson, JJ., who dissented.